**Order entered November 26, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00689-CR

**PAUL BLAGBURN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 12CL-1571-2**

## ORDER

The Court **REINSTATES** the appeal.

On October 31, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the finding that appellant no longer desires to pursue the appeal.

We **ORDER** the appeal submitted without briefs and argument as of the date of this order to a panel consisting of Justices O'Neill, Myers, and Brown. *See* TEX. R. APP. P. 38.8(b)(4).

/s/      DAVID EVANS
JUSTICE